IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 19-190 |
| | ) |
| DUANE EUGENE CASH (1), | ) |
| ROBERT HOWELL JR. (2), JAMAL | ) |
| KNOX (9), and MAURICE MILLER (10) | ) |

## ORDER

Presently before the Court is Defendants Duane Eugene Cash, Robert Howell, Jr., and Maurice Miller's Joint Motion to Sever their jury trial from the jury trial of Co-Defendant Jamal Knox. ECF No. 822. The Government has filed a Response indicating it has no objection to the severance. ECF No. 850. Mr. Knox has not filed a Response to the Motion, which was due February 1, 2022. Accordingly, the following Order is entered.

AND NOW, this 14th day of February 2022, Defendants Cash, Howell, and Miller, having shown that they will be prejudiced by a joint trial with Defendant Jamal Knox[1] the Defendants' Joint Motion to Sever (ECF No. 822) is GRANTED. Defendants Cash, Howell, and Miller's jury trial is hereby severed from that of Jamal Knox's jury trial.

s/Marilyn J. Horan
Marilyn J. Horan
United States District Judge

cc:   Jamal Knox, pro se
      USMS 39774-068
      DOD# 164273
      Allegheny County Jail
      950 Second Avenue
      Pittsburgh, PA 15219

---

[1] Federal Rule of Criminal Procedure 14(a); United States v. Console, 13 F.3d 641, 655 (3d Cir. 1993).